# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1392**
**KA 14-02188**
PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, WHALEN, AND DEJOSEPH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

JERMAINE RICHARDSON, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

JAMES S. KERNAN, PUBLIC DEFENDER, LYONS (ROBERT TUCKER OF COUNSEL),
FOR DEFENDANT-APPELLANT.

RICHARD M. HEALY, DISTRICT ATTORNEY, LYONS (BRUCE A. ROSEKRANS OF
COUNSEL), FOR RESPONDENT.

------------------------------------------------------------------------------

    Appeal from a judgment of the Wayne County Court (Dennis M.
Kehoe, J.), rendered August 12, 2014.  The judgment revoked
defendant's sentence of probation and imposed a sentence of
imprisonment.

    It is hereby ORDERED that said appeal is unanimously dismissed
(*see People v Scholz*, 125 AD3d 1492, *lv denied* 25 NY3d 1077).

Entered:  December 31, 2015                          Frances E. Cafarell
                                                     Clerk of the Court